IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

PAUL DAVID STAPLES,

    Plaintiff,

       v.                              Case No. 3:25-CV-00928-JDP

FRANK BISIGNANO,
Commissioner of Social Security,

    Defendant.

---

ORDER ON THE PARTIES' JOINT MOTION FOR REMAND FOR FURTHER
PROCEEDINGS PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)

---

Pursuant to the power of this Court to enter a judgment affirming, modifying or reversing the Commissioner's decision with remand in Social Security actions under sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), and in light of the parties' joint motion to remand this action, this Court now, upon review, hereby enters a judgment under sentence four of 42 U.S.C. § 405(g) reversing the Commissioner's decision with a remand of the cause to the Commissioner according to the following terms. *See Shalala v. Schaefer*, 509 U.S. 292, 296 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89, 97-98 (1991).

On remand, the Appeals Council will remand the matter to an Administrative Law Judge (ALJ) with instructions to obtain additional vocational evidence and consider whether a significant number of jobs exist in the national economy that the

claimant can perform, take further action to complete the administrative record, and issue a new decision.

SO ORDERED this ___24ᵗʰ___ day of _MAY_ 2026.



BY THE COURT:

_____

HONORABLE James D. Peterson
United States District Judge